IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 13-10073 |
| ROBERT DAVIS, | ) VIO: Title 29, United States Code, Section 501(c) |
| Defendant. | ) |

FILED
JUL 2 3 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

THE GRAND JURY CHARGES:

From in or about August 2008 to February 2010, in Knox County and elsewhere, in the Central District of Illinois, the defendant,

ROBERT DAVIS,

while an officer of the Brotherhood of Locomotive Engineers and Trainmen Division 644 (hereafter, "union"), did embezzle, steal and unlawfully and willfully abstract and convert to his own use the money, funds and assets of said labor organization, which was engaged in an industry affecting commerce, while acting as the secretary-treasurer of said union, in that, without authority, he wrote approximately 45 union checks to himself from union funds without authority in the amount of approximately $27,712.96 and using that money for his own purposes;

In violation of Title 29, United States Code, Section 501(c).

A True Bill.
s/Foreperson

_____
Foreperson

s/Bradley Murphy

JAMES A. LEWIS
UNITED STATES ATTORNEY

JHC/ms